UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-01003-RCT |
| | Chapter 11 |
| 5BG Transportation Services, Inc., | Subchapter V |
|     Debtor. | |
| _____/ | |

**UNITED STATES TRUSTEE**
**MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE**
**ALTERNATIVE, MOTION TO CONVERT CASE TO CHAPTER 7**

Mary Ida Townson, the United States Trustee for Region 21, through the undersigned counsel, moves this Court for relief under 11 U.S.C. § 1112(b)(1)-(4), whichever the Court finds is in the best interest of creditors and the estate.  Relief under § 1112(b) is appropriate because the Debtor (1) has failed to provide documents requested by the United States Trustee (2) failed to timely file monthly operating reports, and (3) failed to pay the required monthly retainer to the Subchapter V Trustee.  In support of this motion, the United States Trustee asserts as follows:

*Jurisdiction, Venue, Standing, and Facts*

1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334 and the standing order of reference.  Venue of this action in this district and division is proper pursuant to 28 U.S.C. §§ 1406, 1408, and 1409.  This action constitutes a contested matter in accordance with 28 U.S.C. §§ 157(a)(2)(A and O) and Fed. R. Bankr. P. 1017(f)(1), 2015 and 9014.  The statutory predicate for the relief sought is in accordance with 11 U.S.C. §§ 1112(b)(1-4).  The United States Trustee has standing to appear and be heard in this action pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.

2. The Debtor filed a voluntary petition under Subchapter V of chapter 11 of the Bankruptcy Code on March 16, 2023.

3. Ruediger Mueller was appointed as Subchapter V Trustee.

4. The Debtor has a duty to report disbursement information until the case is closed, dismissed, or converted. Despite repeated requests, the Debtor has failed to timely file Monthly Operating Reports, reflecting disbursement information, as required pursuant to 11 U.S.C. §§ 704 and 1106 and Fed. R. Bankr. P. 2015(a)(5), for the months of March through May 2023.[1] The June operating report will come due on July 21, 2023.

5. Further, the Subchapter V Trustee, Ruediger Mueller, has advised the United States Trustee that since the inception of the case and his appointment, no monthly retainer payments to him have been made as required by the Court's Order Prescribing Procedures in Subchapter V Case (Doc. 7).

6. Finally, the Debtor has failed to timely provide information requested by the United States Trustee, including, but not limited to, proof of closing its pre-petition bank accounts, and proof of real property and general liability insurance and automobile insurance.

7. Conversion or dismissal of the case, pursuant to 11 U.S.C. § 1112(b) should be granted, based on the failure to file monthly operating reports and failure to pay the monthly retainer payments to the Subchapter V trustee.

---

[1] 11 U.S.C. § 1112 (b)(4)(F). *See In re Tucker*, 411 B.R. 530, 535 (Bankr. S. D. Ga. 2009) (Davis, J.) (quoting and citing *In re 210 West Liberty Holdings, LLC*, 2009 WL 1522047, at *7 (Bankr. N.D.W.Va. May 29, 2009)); *In re Tri-Chek Seeds, Inc.*, No. 12-11409, 2013 WL 636031, at *4-5 (Bankr. S.D. Ga. Feb. 7, 2013) (concluding that cause exists to convert case to chapter 7 where the debtor, inter alia, failed to timely file operating reports and pay quarterly fees).

8. The United States Trustee does not waive and preserves her right to raise any relevant issue or objection at a hearing on this contested matter.

WHEREFORE, the United States Trustee respectfully prays that this Court enter an order (1) dismissing the case or, in the alternative, converting the case to chapter 7, whichever is in the best interest of creditors and the estate; and (2) granting other relief as this Court may deem appropriate.

Dated: July 14, 2023

    Respectfully submitted,

    **MARY IDA TOWNSON**
    **UNITED STATES TRUSTEE**
    Region 21

By: /s/ TERESA M. DORR
    Trial Attorney
    Office of the United States Trustee
    501 E. Polk Street, Suite 1200
    Tampa, Florida 33602
    (813) 228-2000/ fax: (813) 228-2303
    teresa.dorr@usdoj.gov
    Florida Bar No. 48037

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served electronically on those parties receiving service via the Court's CM/ECF service or via United States mail service, postage prepaid, on July 14, 2023, to the following:

5BG Transportation Services, Inc.
350 Newbury Place N.
Saint Petersburg, FL 33716

                                          /s/ Teresa M. Dorr
                                            Trial Attorney