ORDERED.

**Dated:  August 25, 2023**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:23-bk-01003-RCT |
| | Chapter 11 |
| 5BG Transportation Services, Inc., | Subchapter V |
| | |
| Debtor.               _____/ | |

**ORDER GRANTING MOTION TO DISMISS
OR CONVERT CASE TO CHAPTER 7 (DOC. 23)**

THIS CASE came before the Court on August 17, 2023 upon the United States Trustee Motion to Dismiss or Convert Case to Chapter 7 (Doc. 23) (the "Motion").  The Court determined that dismissal was appropriate under the circumstances of the case.  This Court finds that adequate and sufficient notice and opportunity for a hearing have been provided under 11 U.S.C. § 102. Accordingly, for good cause found, **IT IS ORDERED** that:

1. The United State Trustee's Motion is **GRANTED.**

2. The Debtor's case is **DISMISSED**.

3. The automatic stay is terminated. No debts, liabilities, or obligations were discharged.

4. Any party seeking a determination of the allowability of an administrative expense claim, including the Subchapter V Trustee, must file appropriate application(s) within 14 days of the entry of this Order. This Court retains jurisdiction to adjudicate any filed applications.

5. The Subchapter V Trustee is discharged from any further duties in this case.

6. Upon either the expiration of the time to file applications for approval of administrative expense claims or the final adjudication of any such applications that are timely filed, whichever is later, the Clerk shall proceed to close this case.

7. All hearings, if any, are cancelled. All other pending motions, applications, or request for relief, not previously ruled upon are moot, and all hearings are canceled.

8. The Court reserves jurisdiction to enforce the provisions of this Order.

Clerk's Office to serve a copy of this Order upon all parties.